14407.002-A102

PETER A. DAVIDSON, SBN 76194
MOLDO DAVIDSON FRAIOLI
SEROR & SESTANOVICH LLP
2029 CENTURY PARK EAST, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel: 310\ 551-3100
Fax: 310\ 551-0238

Attorneys for Edythe L. Bronston
Receiver



JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDYTHE L. BRONSTON, RECEIVER FOR J.W. JAMES & ASSOCIATES; J.W. JAMES BORROWING ENTITY, LLC, et al., <br><br> Plaintiff, <br><br> vs. <br><br> LADAN AHMADINIA, <br><br> Defendant. | CASE NO.: 8:07-cv-00925-FMC (FFMx) <br><br> **JUDGMENT** |

The Application of Edythe L. Bronston, Receiver for J.W. James & Associates and related entities, for the entry of Default Judgment as to Defendant, Ladan Ahmadinia, came on for hearing, having been duly noticed, on January 7, 2008 at 10:00 a.m. before the Honorable Florence-Marie Cooper, United States District Court Judge. The Court having found that the entry of Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of Plaintiff, Edythe L. Bronston, Receiver for J.W. James & Associates, et al., and against Defendant, Ladan Ahmadinia, as follows:

1    (a)   Defendant, Ladan Ahmadinia, shall pay Plaintiff, Edythe L.
2  Bronston, Receiver for J.W. James & Associates et al., $20,000.00 ~~plus prejudgment~~
3  ~~interest of $1,658.82.~~ Plaintiff is awarded costs of suit.  /fmc/

7  DATED: 1/3/08

          /s/ Florence-Marie Cooper
          The Honorable Florence-Marie Cooper
          United States District Court Judge

10  //
11  //
12  //
14  //
15  //
16  //
18  //

60513.1   14407.00002

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. I am employed by the law firm of Moldo Davidson Fraioli Seror & Sestanovich LLP, located at 2029 Century Park East, 21st Floor, Los Angeles, California 90067, Telephone: (310) 551-3100, Facsimile: (310) 551-0238.

On **December 11, 2007**, I served the document(s) described as **JUDGMENT** on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

Ladan Ahmadinia
9952 Hamilton Avenue
Huntington Beach, CA 92646

X   **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐   **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

☐   **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐   **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addresses listed on the attached Service List.

☐   **[State]**   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X   **[Federal]**   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 11, 2007, at Los Angeles, California.

_NITA J. SPARKES_

57954.1   14407.00002